Argued April 22, affirmed May 17, 1976

In the Matter of the Dissolution of the Marriage of
COBBS, *Respondent,*
*and*
COBBS, *Appellant.*
(No. 72-232-E, CA 5248)
549 P2d 529

*Oscar R. Nealy,* Grants Pass, argued the cause for appellant. With him on the brief were Myrick, Coulter, Seagraves & Nealy, Grants Pass.

*Raymond J. Salisbury,* Grants Pass, argued the cause for respondent. With him on the brief were Schultz, Salisbury and Cauble, Grants Pass.

Before Schwab, Chief Judge, and Langtry and Thornton, Judges.

PER CURIAM.

Affirmed. *Rorer v. Rorer,* 10 Or App 479, 500 P2d 734 (1972); *Yeamans v. Yeamans,* 17 Or App 556, 523 P2d 565, Sup Ct *review denied* (1974).